CAUSE NO. 13-03-52114-CV

REJECTED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/22/2015 4:08:27 PM
KEITH E. HOTTLE
CLERK

| | | |
|---|---|---|
| MELISSA HERNANDEZ, | § | IN THE DISTRICT COURT TEXAS |
| Plaintiff, | § | |
| | § | |
| v. | § | 79TH JUDICIAL DISTRICT |
| | § | |
| CHRISTUS SPOHN HEALTH SYSTEM | § | |
| CORPORATION, D/B/A CHRISTUS | § | |
| SPOHN HOSPITAL KLEBERG | § | |
| AND ANDRES BUENO, | § | |
| Defendants. | § | JIM WELLS COUNTY, TEXAS |

## DEFENDANT CHRISTUS SPOHN HEALTH SYSTEM CORP. D/B/A CHRISTUS SPOHN HOSPITAL KLEBERG'S NOTICE OF ACCELERATED APPEAL

**PLEASE TAKE NOTICE** that Defendant CHRISTUS Spohn Health System Corporation d/b/a CHRISTUS Spohn Hospital Kleberg ("Defendant") hereby appeals from the interlocutory Order denying Defendant's motion to dismiss, filed pursuant to section 74.351(b) of the Texas Civil Practice & Remedies Code, which Order the trial court (the Hon. Richard C. Terrell) signed on Dec. 1, 2015. A true and correct copy of the interlocutory Order is attached hereto as Exhibit A and is incorporated herein by reference.

Defendant perfects this appeal from the interlocutory Order under the provisions of section 51.014(a)(9) of the Texas Civil Practice & Remedies Code. This appeal is accelerated, per the terms of rule 28.1 of the Texas Rules of Appellate Procedure.

Defendant will appeal to the Court of Appeals for the Fourth District of Texas at San Antonio, which has jurisdiction over appeals from the district courts of Jim Wells County. TEX. GOV'T CODE §§ 22.201(e), 22.220. Defendant timely files this Notice of Accelerated Appeal on or before Dec. 21, 2015, within twenty days from the date the trial court signed the interlocutory Order (Dec. 1, 2015). TEX. R. APP. P. 26.1(b).

Defendant will serve this Notice on all parties to the trial court's interlocutory Order; will provide the clerk of the Fourth Court of Appeals with a copy of this Notice of Accelerated Appeal, pursuant to rule 25.1(e) of the Texas Rules of Appellate Procedure; and will tender the appeal filing fee to the Clerk of the Fourth Court of Appeals, along with its Docketing Statement.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By: /s/ Michelle E. Robberson
  **MICHELLE E. ROBBERSON**
  Texas Bar No. 16982900
  michelle.robberson@cooperscully.com

900 Jackson Street, Suite 100
Dallas, Texas 75202
214-712-9500
214-712-9540 (fax)


**EVANS, ROWE & HOLBROOK**

By: /s/ Blaine A. Holbrook
  **BLAINE A. HOLBROOK**
  Texas Bar No. 24008446
  bholbrook@evans-rowe.com
  **NICKI K. ELGIE**
  Texas Bar No. 24069670
  nelgie@evans-rowe.com

10101 Reunion Place, Suite 900
San Antonio, Texas 78216
(210) 340-6555
(210) 340-6664 (fax)

**ATTORNEYS FOR DEFENDANT CHRISTUS SPOHN HEALTH SYSTEM CORPORATION D/B/A CHRISTUS SPOHN HOSPITAL KLEBERG**

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of this Notice on the following counsel of record via e-filing on this 21st day of December, 2015:

Thomas J. Henry
thenry@thomasjhenrylaw.com
Greggory A. Teeter
gteeter@thomasjhenrylaw.com
The Law Offices of Thomas J. Henry
521 Starr Street
Corpus Christi, Texas 78401
**Counsel for Plaintiff**

/s/ Michelle E. Robberson
**Michelle E. Robberson**



**EXHIBIT A**

Filed 12-01-2015 @ 4:00 pm
R. David Guerrero
District Clerk
Jim Wells County, Texas
Diana Guerra-Acero, Deputy

CAUSE NO. 13-03-52114-CV

| | | |
|---|---|---|
| MELISSA HERNANDEZ,<br>Plaintiff | §<br>§<br>§ | IN THE DISTRICT COURT |
| VS. | §<br>§<br>§ | |
| CHRISTUS SPOHN HEALTH<br>SYSTEM CORPORATION, D/B/A<br>CHRISTUS SPOHN HOSPITAL<br>KLEBERG AND ANDRES BUENO,<br>Defendants | §<br>§<br>§<br>§<br>§<br>§ | 79th JUDICIAL DISTRICT<br><br>JIM WELLS COUNTY, TEXAS |

## ORDER DENYING DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXPERT REPORTS AND MOTION TO DISMISS

The Court heard Defendant Christus Spohn Health System Corporation, D/B/A Christus Spohn Hospital Kleberg's Objections to the Sufficiency of Plaintiff's Supplemental Expert Reports and Motion to Dismiss with Prejudice ("Defendant's Motion") on November 10, 2015. After considering the motion, responses and other papers filed in this case, argument of counsel, and taking judicial notice of the materials on file in this case, the Court finds that Defendant's Motion should be DENIED.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Christus Spohn Health System Corporation, D/B/A Christus Spohn Hospital Kleberg's Objections to the Sufficiency of Plaintiff's Supplemental Expert Reports and Motion to Dismiss with Prejudice is DENIED.

Signed: November 12-01- , 2015.


Honorable Richard C. Terrell,
Presiding Judge

1.

Agreed As To Substance and Form:

LAW OFFICES OF THOMAS J. HENRY

_/s/ Gregg A. Teeter_____
THOMAS J. HENRY
STATE BAR NO. 09484210
GREGORY A. TEETER
STATE BAR NO. 24033264
CURTIS W. FITZGERALD, II
STATE BAR NO. 24012626
*EMAIL: gteeter-svc@tjhlaw.com

ATTORNEYS FOR PLAINTIFF,
MELISSA HERNANDEZ


*AND*

Agreed As To Form Only:

EVANS, ROWE & HOLBROOK

/s/ Nicki K. Elgie_____
BLAINE A. HOLBROOK
STATE BAR NO. 24008446
NICKI K. ELGIE
STATE BAR NO. 24069670
10101 Reunion Place, Suite 900
San Antonio, Texas 78216
Telephone: 210-340-6555
Facsimile: 210-340-6664
Email: bholbrook@evans-rowe.com
Email: nelgie@evans-rowe.com


ATTORNEYS FOR DEFENDANT,
CHRISTUS SPOHN HEALTH SYSTEM CORPORATION
D/B/A CHRISTUS SPOHN HOSPITAL KLEBERG

2